IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No. <u>2:17cr114</u>

RICHARD ALLEN PATTERSON

<u>**DEFENDANT RICHARD ALLEN PATTERSON'S SUPPLEMENTAL MOTION FOR ONE ADDITIONAL REASONABLE CONTINUANCE OF THE SENTENCING**</u>

      COMES NOW the defendant, Richard Allen Patterson, by counsel, and, pursuant to the Fifth and Sixth Amendments of the United States Constitution, the Federal Rules of Criminal Procedure as made and provided, the Local Rules of this Honorable Court as made and provided, and the inherent and supervisory powers of this Honorable Court, respectfully moves this Honorable Court for the entry of an Order granting the defendant one additional reasonable continuance (not to exceed thirty (30) days) of his sentencing currently scheduled for November 7, 2018 at 2:30 p.m. on the grounds that the parties are in need of additional time to perfect the necessary procedures to allow the defendant's pending probation violation matters in the Suffolk Circuit Court to occur prior to the federal sentencing so as to allow the parties to fulfill that portion of the Plea Agreement at paragraph 5, p. 4, which states that "the United States agrees that it will recommend to the Court at sentencing that the sentence imposed in this case should be run concurrent with the sentences imposed on the defendant in Suffolk Circuit Court for his pending violation of probation..."

      The grounds for this Supplemental Motion are further set forth in more detail in the accompanying Brief In Support to be filed shortly hereafter, which grounds are respectfully incorporated herein by reference as if set forth herein in full.

      Counsel for the defendant respectfully represents that he has discussed this

1

Supplemental Motion with the attorney for the United States and that the United States does not object to the requested continuance for the reasons stated.

                                                  RICHARD ALLEN PATTERSON
                                                  By:_____/s/_____
                                                                  Of counsel

Andrew M. Sacks, Esquire, VSB#: 20082
Stanley E. Sacks, Esquire, VSB# 04305
Jill R. Schmidtke, Esquire, VSB#46447
Attorneys for defendant Richard Allen Patterson
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

    William Buchanan Jackson, Esquire
    Assistant United States Attorney
    UNITED STATES ATTORNEY'S OFFICE
    8000 World Trade Center
    101 West Main Street
    Norfolk, VA 23510-1624
    Phone: 757-441-6331
    Fax: 757-441-6689
    E-mail: william.jackson3@usdoj.com

                                                    _____/s/_____
                                                    Andrew M. Sacks, Esquire

Andrew M. Sacks, Esquire, VSB# 20082
Stanley E. Sacks, Esquire, VSB# 04305
Jill R. Schmidtke, Esquire, VSB# 46447
Attorneys for defendant Richard Allen Patterson
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

F:\IC\PATTERSON Richard\FEDERAL CASE 2017\MotCont10 30 18.docx