IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:17cr114

RICHARD ALLEN PATTERSON

### DEFENDANT RICHARD ALLEN PATTERSON'S BRIEF IN SUPPORT OF SUPPLEMENTAL MOTION FOR ONE ADDITIONAL REASONABLE CONTINUANCE OF THE SENTENCING

COMES NOW the defendant, Richard Allen Patterson, by counsel, and as and for his Brief In Support Of Supplemental Motion For One Additional Reasonable Continuance Of The Sentencing, respectfully states as follows:

The defendant is currently scheduled for sentencing on Wednesday, November 7 2018 at 2:30 p.m.

The Court previously graciously granted the defendant a continuance of the originally scheduled sentencing, *inter alia*, to allow additional time for the parties to perfect the necessary procedural steps to allow the defendant's pending probation violation matters in the Suffolk Circuit Court to occur prior to the federal sentencing so as to allow the parties to fulfill that portion of the Plea Agreement at paragraph 5, p. 4, which states that "the United States agrees that it will recommend to the Court at sentencing that the sentence imposed in this case should be run concurrent with the sentences imposed on the defendant in Suffolk Circuit Court for his pending violation of probation…"

Although counsel for the Government has in good faith endeavored to assist in assuring the service of the pending probation violation charges on the defendant and his temporary delivery to state custody solely for purposes of conducing the probation violation hearing prior to the federal sentencing, and although defense counsel has supported those efforts, the parties have encountered an unexpected procedural issue.

1

More specifically, upon information and belief, there are new pending charges in the Suffolk Circuit Court filed against the defendant (apparently under seal) and the United States has expressed concern about obtaining a specific agreement or understanding with the state authorities that the defendant's state custody should end immediately after the probation violation hearing, so that the defendant will be returned directly to federal custody for his federal sentencing.

The undersigned defense counsel has been in touch with attorneys in the Suffolk Commonwealth's Attorney's Office regarding this issue and believes that the procedural question can be resolved satisfactorily to permit the defendant to appear by writ in the Suffolk Circuit Court for his probation violation matters and then to be returned to federal custody for the federal sentencing.

In order to resolve this unexpected but apparently resolvable procedural issue, defense counsel respectfully represents that he would need a brief additional continuance, not to exceed 30 days, in order to resolve the procedural matter, conduct the state probation hearing, and perfect the appropriate procedural posture to accomplish the probation violation hearing and then the federal sentencing, which ultimately allows the above-referenced portion of the Plea Agreement to be articulated at the federal sentencing.

Counsel for the defendant has discussed this Supplemental Motion with the attorney for the United States and the reasons therefor, and the United States does not object to the requested continuance for the reasons stated.

## CONCLUSION

The defendant respectfully submits that he has demonstrated good cause for one additional brief reasonable continuance not to exceed 30 days for the reasons stated in the interests of justice and respectfully so moves.

                    RICHARD ALLEN PATTERSON
                    By: _____/s/_____
                                Of counsel

Andrew M. Sacks, Esquire, VSB#: 20082
Stanley E. Sacks, Esquire, VSB# 04305
Jill R. Schmidtke, Esquire, VSB#46447
Attorneys for defendant Richard Allen Patterson
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

### CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of October, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

      William Buchanan Jackson, Esquire
      Assistant United States Attorney
      UNITED STATES ATTORNEY'S OFFICE
      8000 World Trade Center
      101 West Main Street
      Norfolk, VA 23510-1624
      Phone: 757-441-6331
      Fax: 757-441-6689
      E-mail: william.jackson3@usdoj.com



                                _____/s/_____
                                Andrew M. Sacks, Esquire

Andrew M. Sacks, Esquire, VSB# 20082
Stanley E. Sacks, Esquire, VSB# 04305
Jill R. Schmidtke, Esquire, VSB# 46447
Attorneys for defendant Richard Allen Patterson
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 801
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

F:\IC\PATTERSON Richard\FEDERAL CASE 2017\BriefMotCont10 30 18.docx