Clerks Office  
United States District Court  
Eastern District of Virginia  
600 Granby Street  
Norfolk, VA 23510

Richard Patterson, 81367-083  
Federal Correctional Complex - Low  
P.O. Box 1000  
Petersburg, VA 23804

April 2, 2022

Re: 2255 Request?

Dear Sir or Madam,

I need to solicit the Courts involvement with a matter, as the BOP Administrative Remedy process has failed to assist me.

I do not know if it is a 2255 or something else I need to file. Can you please assist me with the proper paperwork, so that I can bring an issue before the Court?

Respectfully,

Richard Patterson  
Pro Se Petitioner