Richard Patterson 81367-083
Federal Correctional Complex - Low
PO Box 1000
Petersburg, VA 23804

Case 2:17-cr-00114-RAJ-DEM Document 234-1 Filed 04/07/22 Page 1 of 1 PageID# 1870

RICHMOND VA 230

4 APR 2022 PM 6 L

U.S. MARSHALS INSPECTED

Clerks office
United States District Court
Eastern District of Virginia
600 Granby Street
Norfolk, VA 23510

23510-190199