# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

MARK S. DAVIS  
CHIEF JUDGE

April 7, 2022

Richard A. Patterson, #81367-083  
FCI Petersburg Low  
P.O. BOX 1000  
PETERSBURG, VA  23804

      Re:    United States of America v. Richard A. Patterson  
             Case No. 2:17cr114

Mr. Patterson:

     In response to your letter received April 7, 2021, enclosed you will find the form for Motion Under 28 U.S.C.§ 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody.

                               Sincerely,  
                               FERNANDO GALINDO, CLERK

                               By: _____/s/_____  
                                    Deputy Clerk

Enclosure