# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

MARK S. DAVIS  
CHIEF JUDGE

April 21, 2022

Richard A. Patterson, #81367-083  
FCI Petersburg Low  
P.O. BOX 1000  
PETERSBURG, VA  23804

Re:   United States of America v. Richard A. Patterson  
      Case No. 2:17cr114

Mr. Patterson:

In response to your letter received April 21, 2022, enclosed you will find the form for Petition for Writ of Habeas Corpus Under 28 U.S.C.§ 2241 by a Person in Federal Custody.

Sincerely,  
FERNANDO GALINDO, CLERK

By: _____/s/_____  
          Deputy Clerk

Enclosure