IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.   CRIMINAL ACTION No.: 2:17cr114

RICHARD PATTERSON,

Defendant.

## ORDER

Before the Court is Defendant's Motion to Dismiss and request for Appointment of Counsel. Defendant's request for appointment of counsel is made without Defendant having any motion or matter pending before the Court. Therefore, Defendant has failed to set forth any exceptional circumstances that demonstrate the need for an attorney. Accordingly, Defendant's motion for appointment of counsel is **DENIED**.

Additionally, the motion to dismiss is also before the Court without any meritorious basis. While Defendant raises complaints about the government's failure to return his property and the Bureau of Prisons classification of him as a sex offender, he has failed to set forth grounds for this Court to grant a motion to dismiss. A motion to dismiss addresses a matter pending before the Court and there is no pending matter before this Court. Accordingly, the Motion to Dismiss is also **DENIED**. The Clerk is **DIRECTED** to send a copy of this order to the Defendant and the United States Attorney.

IT IS SO ORDERED.

Norfolk, Virginia
December *13* 2022

Raymond A. Jackson
United States District Judge