FILED:  January 9, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-6021
(2:17-cr-00114-RAJ-DEM-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD ALLEN PATTERSON

Defendant - Appellant

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
|---|---|
| Originating Case Number | 2:17-cr-00114-RAJ-DEM-1 |
| Date notice of appeal filed in originating court: | 01/06/2023 |
| Appellant(s) | Richard Allen Patterson |
| Appellate Case Number | 23-6021 |
| Case Manager | Karen Stump 804-916-2704 |